IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ALCOA, INC. | § | |
| | § | |
| v. | § | A-05-CA-880 AWA |
| | § | |
| CONTECH CONSTRUCTION PRODUCTS, INC., ET AL. | § § | |
| | § | |
| v. | § | |
| | § | |
| J.R. DAVIS & ASSOC., INC. | § | |

## ORDER

Before the Court is Defendant Mine Services, Ltd. Unopposed Motion to Dismiss it claims against Third Party Defendant J.R. Davis & Associates, Inc. (Clerk's Doc. No. 178). Mine Services also informed the Court of its desire to dismiss these claims on October 23, 2007 at a telephone conference regarding a global settlement the parties have reached. Therefore, the Motion is **GRANTED**.

SIGNED this 30th day of October, 2007.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE